United States District Court
Southern District of Texas
**ENTERED**
January 25, 2024
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | | |
|---|---|---|
| AIX SPECIALITY INSURANCE COMPANY, | § § § § § | |
| Plaintiff, | § § | |
| VS. | § § | 3:23-cv-6 |
| PREFERRED POOLS OF HOUSTON, INC., *ET AL.*, | § § § § | |
| Defendants. | § | |

## FINAL DECLARATORY JUDGMENT

It is ordered and adjudged that there is no coverage under Policy No. SIZGL4449A218157 or Policy No. SIZGL4449A235307 issued to Preferred Pools of Houston, Inc., by AIX Specialty Insurance Company for the allegations in the lawsuits styled *William Taylor, et al. vs. Preferred Pools of Houston, Inc.*, case number 22-CV-2085, in the 405th Judicial District Court in Galveston County, and *Avani Gossai, et al. vs. Preferred Pools of Houston, Inc.*, case number CV-0090604, in County Court No. 1 in Galveston County (collectively referred to as the "underlying lawsuits").

It is further ordered and adjudged that AIX does not have a duty to defend or indemnify Preferred Pools in the underlying lawsuits.

This is a final judgment.

Signed on Galveston Island this 25th day of January, 2024.

_____
JEFFREY VINCENT BROWN
UNITED STATES DISTRICT JUDGE